IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CARY H. REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1039 |
| | ) | Judge Trauger |
| HEADS UP HAIRCUTTING CENTER, | ) | Magistrate Judge Griffin |
| ROGER SCRUGGS and BRENDA SCRUGGS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 26, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 27), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Rules 16(f)(1) and 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

It is so **ORDERED.**

Enter this 2nd day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge